## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DANIEL R. SCHOTTENSTEIN,**

    **Plaintiff,**

    v.

**CITY OF BEXLEY,** *et al.*,

    **Defendants.**

**Case No.: 2:20-cv-6133**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on January 5, 2021. (ECF No. 7.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 7.) For the reasons set forth in the Report and Recommendation, Plaintiff's Application to Proceed *In Forma Pauperis* is **DENIED**. (ECF Nos. 1, 6.) This case is to remain open.

    **IT IS SO ORDERED.**


2/8/2021
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**