UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DANIEL R. SCHOTTENSTEIN,**

    **Plaintiff,**

    v.

    Case No. 2:20-cv-6133
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth P. Deavers

**CITY OF BEXLEY,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 10, 2021. (ECF No. 10.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 10.) For the reasons set forth in the Report and Recommendation, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk is **DIRECTED** to close this case.

    IT IS SO ORDERED.

**4/13/2021**                        **s/Edmund A. Sargus, Jr.**
**DATE**                            **EDMUND A. SARGUS, JR.**
                                  **UNITED STATES DISTRICT JUDGE**